UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN MICHAEL BALE,<br><br>             Plaintiff,<br><br>      v.<br><br>KITSAP COUNTY,<br><br>             Defendant. | CASE NO. C14-5725 RBL-JRC<br><br>ORDER |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)     The Court adopts the Report and Recommendation;

(2)     The Court dismisses this action as malicious because the action is duplicative of another action plaintiff currently has pending. *See Bale v. Kitsap County* C14-5513BHS/JRC.

(3)     This dismissal counts as a strike pursuant to 28 U.S.C. 1915(e)(2)(B)(i) and (g).

ORDER - 1

(4) The Court revokes plaintiff's *in forma pauperis* status for the purpose of appeal.

(5) The Court directs the Clerk's Office to send plaintiff a copy of this order.

DATED this 4th day of November, 2014.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE